# United States District Court
# Western District of North Carolina
# Division

| | | |
|---|---|---|
| Montez Gaddy, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 3:14cv109 |
| | ) | |
| vs. | ) | |
| | ) | |
| United States of America, | ) | |
| Respondent | ) | |

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 20, 2015 Order.

May 20, 2015

*Frank S. Johns*